UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TIMOTHY AND DIANE CARLSON | CIVIL ACTION NO. 6:12-cv-02109 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| LOUIS ACKAL, ET AL. | BY CONSENT OF THE PARTIES |

**ORDER**

Having been advised that this matter has been settled in its entirety,

IT IS ORDERED that the pretrial conference set for December 17, 2013 is CANCELLED.

IT IS FURTHER ORDERED that the joint motion to expedite and motion for extension of pretrial order deadlines (Rec. Doc. 35) is DENIED as moot.

Signed at Lafayette, Louisiana on this 6th day of December 2013.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE